UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOSNY CIRENE, et al.

          Plaintiffs,

v.

VITEL COMMUNICATIONS LLC, JNET COMMUNICATIONS LLC, and DAVID JEFFERSON SR., personally and individually,

          Defendants.

Case No. 3:11-cv-02509-MAS-LHG

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF CLAIMS**

The parties hereby jointly move this Court for an Order granting approval of their FLSA settlement and dismissal of claims in this action. The above Joint Motion is based upon all of the files, records, and proceedings herein, the joint memorandum of law, all supporting affidavits and exhibits, and such other points and authorities as may subsequently be presented to the Court.

2344854

Dated: March 11, 2013

**NICHOLS KASTER, PLLP**

/s/Rachhana T. Srey
*Rachhana T. Srey, MN Bar No. 340133
*Paul J. Lukas, MN Bar No. 22084X
NICHOLS KASTER, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
srey@nka.com
*Admitted *Pro Hac Vice*

**SCHALL & BARASCH, L.L.C.**
Patricia Barasch, NJ Bar No. 0055480
Morrestown Office Center
110 Marter Ave., Ste 302
Moorestown, New Jersey 08057
Telephone: (856) 914-9200
Fax: (856) 914-9420
pbarasch@schallandbarasch.com

ATTORNEYS FOR PLAINTIFFS

Dated: March 11, 2013

**PORZIO, BROMBERG & NEWMAN, P.C.**

/s/Eric L. Probst
Eric L. Probst
Thomas O. Johnston
100 Southgate Parkway
Post Office Box 1997
Morristown, New Jersey 07962-1997
Telephone: (973) 889-4320
Fax: (973) 538-5146
elprobst@pbnlaw.com

ATTORNEYS FOR DEFENDANTS

2344854